IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     1:20CR317-1 |
| ISMAY PRUDENCE KATHLEEN JAMES, also known as Ismay James Covington and Ismay Prudence James | : |

The United States Attorney charges:

On or about November 2, 2016, in the County of Alamance, in the Middle District of North Carolina, ISMAY PRUDENCE KATHLEEN JAMES, also known as Ismay James Covington and Ismay Prudence James, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

MATTHEW G.T. MARTIN
United States Attorney

STEPHEN T. INMAN
Assistant United States Attorney