IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :

                        :

       v.               :        1:20CR317

                        :

ISMAY PRUDENCE KATHLEEN   :

JAMES, also known as Ismay James   :

Covington and Ismay Prudence James  :

## DEMAND FOR NOTICE OF ALIBI UNDER RULE 12.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

NOW COMES the United States of America by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and makes a demand upon the defendant Ismay Prudence Kathleen James for Notice of Alibi pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure.  James is charged with an offense alleged to have occurred between approximately 3:30 p.m. and 4:00 p.m. on November 2, 2016 at the Mebane Arts Center, 633 Corregidor Street, Mebane, which served as an early voting site in Alamance County, North Carolina.

WHEREFORE, the United States of America demands notice of the specific place or places at which the defendant claims to have been at the time

1

identified above and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi.

This the 20th day of November, 2020.

Respectfully submitted,

/S/MATTHEW G.T. MARTIN
United States Attorney
NCSB#32814

/S/ STEPHEN T. INMAN
Assistant United States Attorney
Deputy Chief, Criminal Division
NCSB #26913
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351
Email: sinman@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan Doorasamy, Sr., Attorney for Defendant

> /s/ MATTHEW G.T. MARTIN
> United States Attorney
> NCSB #32814
> 101 S. Edgeworth Street, 4th Floor
> Greensboro, NC 27401
> 336/333-5351
> Email: matt.martin@usdoj.gov

3