# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      :

                                   :

                                   :

          V.                         :      1:20CR317

                                   :

                                   :

ISMAY PRUDENCE KATHLEEN JAMES   :

---

## DEFENDANTS RESPONSE TO GOVERNMENT'S DEMAND FOR NOTICE OF ALIBI UNDER RULE 12.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

---

At trial, the defense will assert that the Defendant was at her home between the hours of 3:30 p.m. and 4:00 p.m. located at 2540 McKinney Street, Burlington, North Carolina 27217.

This the 25th day of November 2020

                                       / s /  Alan Doorasamy Sr.
ALAN DOORASAMY
State Bar #:  31493
107 Westdale Avenue
Winston-Salem, NC 27101
336-777-3773 (Office)
336-723-3825 (Facsimile)
Email: alan@dooralaw.com

# <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Matthew G.T. Martin, Esq.
> United States Attorney
>
> Stephen T. Inman, Esq.
> Assistant United States Attorney
>
> Middle District of North Carolina
> 101 S. Edgeworth Street, 4th Floor
> Greensboro, North Carolina 27401

This the 25th day of November 2020

> / s /  Alan Doorasamy Sr.
> ALAN DOORASAMY, SR
> State Bar #:  31493
> 107 Westdale Avenue
> Winston-Salem, NC 27101
> 336-777-3773 (Office)
> 336-723-3825 (Facsimile)
> Email: alan@dooralaw.com