IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA       :
                               :
            v.                 :            1:20CR317-1
                               :
ISMAY PRUDENCE KATHLEEN        :
JAMES                          :

**JOINT STATUS REPORT**

Pursuant to the applicable Scheduling Order, Counsel for the defendant and

Counsel for the Government inform the Court as follows:

☐       A plea agreement has been signed and filed.

☐       The parties have agreed on a plea agreement and a written
        plea agreement will be filed no later than April 27, 2020.

☐       The defendant intends to plead guilty without a written
plea agreement.

> *If any of the above three boxes is checked, check at least one
> box below:*
> ☐       the defendant consents to a video conference Rule 11 hearing.
> ☐       the defendant consents to a teleconference Rule 11 hearing.
> ☐       the defendant is or will be ready to proceed with a Rule 11
>         hearing as soon as an in-person hearing can be scheduled.

☐       The matter is not ready for Rule 11 hearing or trial because:
        ☐       there is a pending motion which must be resolved. The motion is
                on the docket at Doc.
                The motion ☐ does ☐ does not require a hearing at which the
                defendant must be present.
        ☐ There are outstanding discovery issues which must be resolved.

☒       The defendant does not intend to plead guilty and the case needs to be
        set for jury trial.

☒    The parties have discussed the requirements of the Speedy Trial Act and

        ☐    The Government [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

        ☒    There are no Speedy Trial Act issues unless trial does not occur by January 6, 2021. Counsel for defendant indicates that defendant will not oppose a trial setting after January 6, 2021.

☐ Other information relevant to scheduling: Defendant is not in custody.

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety:

    This the 30th day of November, 2020.


_____    _____
MATTHEW G.T. MARTIN           ALAN DOORASAMY, SR.
United States Attorney              Attorney for Defendant
NCSB #32814

STEPHEN I. INMAN
Assistant United States Attorney
NCSB #26913
United States Attorney's Office
101 S. Edgeworth Street, 4th Floor
Greensboro, NC  27401
336/333-5351

2