IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:20CR317
:
ISMAY PRUDENCE KATHLEEN :
JAMES, also known as Ismay James :
Covington and Ismay Prudence James :

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and

by leave of Court endorsed hereon, the United States Attorney for the Middle

District of North Carolina hereby dismisses without prejudice the Information

filed on August 13, 2020 against the above-captioned defendant.

This the 8th day of December, 2020.

Respectfully submitted,

/S/MATTHEW G.T. MARTIN
United States Attorney

/S/ STEPHEN T. INMAN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 12/10/2020

William L. Osteen, Jr.

_____
UNITED STATES DISTRICT JUDGE